UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LYCEE FRANCAIS INTERNATIONAL DE LA LOUISIANE

VERSUS

MOHAMMAD YAZID ZAGHIA

CIVIL ACTION

NO. 26-2109

SECTION M (4)

**ORDER & REASONS**

Before the Court is an emergency motion to stay the November 16, 2026 response deadline, expedite consideration of defendant's motion for relief from order, reconsideration, and evidentiary hearing, and for other appropriate relief (the "emergency motion") filed by defendant Mohamed Zaghia.[1] Zaghia's motion pertains to Lycée Français International de la Louisiane's ("Lycée Français") motion for preliminary injunction[2] filed on September 21, 2026, and his motion for reconsideration[3] filed on November 2, 2026. The Court previously granted an extension to November 16 for Zaghia to respond to Lycée Français's motion for preliminary injunction,[4] which is currently set for submission on November 23, 2026. Having considered Zaghia's memoranda, the record, and the applicable law, the Court takes up the emergency motion on an expedited basis but then denies the motion.

It is well-settled that a "[d]istrict [c]ourt has broad discretion to stay proceedings as an incident to its power to control its own docket," *Clinton v. Jones*, 520 U.S. 681, 706 (1997), "with economy of time and effort" not only "for itself, [but also] for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Furthermore, "[w]hen an act … must be done within a

[1] R. Doc. 29.
[2] R. Doc. 4
[3] R. Doc. 23.
[4] R. Doc. 15.

specified time, the court may, for *good cause*, extend the time." Fed. R. Civ. P. 6(b)(1) (emphasis added). Determining whether to grant a request for stay "calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Landis*, 299 U.S. at 254-55.

In considering the balance of equities, the Court finds that neither a stay of Lycée Français's motion for preliminary injunction nor expedited review of Zaghia's motion for reconsideration is warranted at this time. Zaghia already received an extension regarding the motion for preliminary injunction and has not demonstrated sufficient good cause for this Court to grant him further relief.

Accordingly, for the foregoing reasons,

IT IS ORDERED that Zaghia's emergency motion (R. Doc. 29) is DENIED.

IT IS FURTHER ORDERED that Zaghia must file a response to Lycée Français's motion for preliminary injunction no later than November 16, 2026, and then Lycée Français may file a reply in support of its motion on or before November 23, 2026, at which time the motion will be taken under submission on the papers.

New Orleans, Louisiana, this 13th day of November, 2026.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE